UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Raymond Stebbins</u>

        v.          Case No. 10-cv-425-PB

<u>NH Secretary of State</u>

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated April 27, 2011, no objection having been filed.

SO ORDERED.


May 18, 2011             /s/ Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge


cc: Raymond Stebbins, Pro Se